Yargen M. DE LEON–DE LEON, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 01–70781.

INS No. A75–251–414.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2003.*

Decided March 25, 2003.

Before RYMER, KLEINFELD, and PAEZ, Circuit Judges.

### MEMORANDUM **

We affirm the Board of Immigration Appeals's denial of De Leon–De Leon's asylum claim. We may reverse the decision of the BIA only if the "evidence would compel[ ] any reasonable factfinder to conclude that the requisite fear of persecution has been shown."[1] The Immigration Judge and the BIA identified numerous implausible and inconsistent elements in De Leon–De Leon's testimony and the evidence he submitted. We cannot say that

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *Ernesto Navas v. INS,* 217 F.3d 646, 657 (9th Cir.2000).

"any reasonable factfinder" would disagree with the findings of the BIA and the Immigration Judge. De Leon–De Leon is unable to overcome the adverse credibility finding in this case, and therefore the decision of the BIA is

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.